# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:    JOHN S. MCKINNON                                    Case Number: 08-70869
          1409 SKYRIDGE DRIVE, APT. # #C          SSN-xxx-xx-9849
          CRYSTAL LAKE, IL  60014

                                                    Case filed on:          3/26/2008
                                                    Plan Confirmed on:
          X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:    $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 008 | MALCOM GERALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | THE WIRBICKI LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CLERK OF CIRCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FRIEDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CLERK OF CIRCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | BAKER, MILLER, MARKOFF, KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 006 | PAULA MCKINNON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 029 | JOHN S. MCKINNON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERICAN EAGLE BANK | 34,756.79 | 34,106.00 | 0.00 | 0.00 |
| 002 | CHASE BANK USA NA | 261.52 | 261.52 | 0.00 | 0.00 |
| 005 | DELL FINANCIAL SERVICES LP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 35,018.31 | 34,367.52 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERICAN EAGLE BANK | 0.00 | 104.13 | 0.00 | 0.00 |
| 002 | CHASE BANK USA NA | 1,064.58 | 170.33 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DELL FINANCIAL SERVICES LP | 3,233.91 | 517.43 | 0.00 | 0.00 |
| 007 | ALEXIAN BROS. OCCUPATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALEXIAN BROTHERS HEALTH SYSTEM | 689.56 | 110.33 | 0.00 | 0.00 |
| 010 | BANK OF NEW YORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BENEFICIAL | 14,723.13 | 2,355.70 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 3,382.37 | 541.18 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CAPITAL ONE | 5,751.86 | 920.30 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 1,920.51 | 307.28 | 0.00 | 0.00 |
| 021 | DFS SERVICES LLC | 5,082.83 | 813.25 | 0.00 | 0.00 |
| 023 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PORTFOLIO RECOVERY ASSOCIATES | 10,822.56 | 1,731.61 | 0.00 | 0.00 |
| 026 | PAULA MCKINNON | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 730.93 | 116.95 | 0.00 | 0.00 |
|  | Total Unsecured | 47,402.24 | 7,688.49 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 82,420.55 | 42,056.01 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00       discharging the trustee and the trustee's surety from any and all
                                       liability on account of the within proceedings, and closing the estate,
                                       and for such other relief as is just.  Pursuant to FRBP, I hereby
                                       certify that the subject case has been fully administered.

     Report Dated:

                                       _/s/ Lydia S. Meyer_____
                                       Lydia S. Meyer, Trustee

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on <u>07/30/2008</u>                    By   <u>/s/Heather M. Fagan</u>